IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YUPANQUI PACHACUTEC, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00441-MTT |
| | * |
| CITY OF FORSYTH, et al, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

    Pursuant to this Court's Order dated February 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

    This 21st day of February, 2025.

                                                David W. Bunt, Clerk

                                                s/ Raven K. Alston, Deputy Clerk